IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN LEE MCDONALD,

       Appellant,

 v.

Case No.  5D22-1411
LT Case No. 2019-CF-2433-A

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.